❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Apartment Located at 2275 Fox Sedge Way, Apartment E, West<br>Chester, Ohio 45069 | )<br>)<br>)     Case No.   1:20-mj-906<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:
   **SEE ATTACHMENT A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
   **SEE ATTACHMENT B**

**YOU ARE COMMANDED** to execute this warrant on or before _____12/16/2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Karen L. Litkovitz_____ .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   _____12/2/2020 @ 1:07 p.m._____          *Karen L. Litkovitz*
                                                                                              *Judge's signature*

City and state:      _____Cincinnati, Ohio_____          _____Hon. Karen L. Litkovitz, U.S. Magistrate Judge_____
                                                                                     *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>266K-LS-3319471 | Date and time warrant executed:<br>12/03/2020  06:00 am | Copy of warrant and inventory left with:<br>2275 Fox Sedge Way, Apt. E |
| Inventory made in the presence of :<br>SA Phillips  and  SA Reigle | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

See   Attached  evidence recovery log.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# EVIDENCE RECOVERY LOG

**Case ID:** 266K-LS-3519471
**Location:** 2275 Foxglove Way Apt 6
West Chester, OH 45069

**Case Agent:** SA PHILLIPS
**Team Leader:** SA BEIGLE
**Seizing Agent:** SA PHILLIPS
**Log Preparer:** SA BEIGLE

**Date:** _____

**END TIME:** _____

| ITEM # | ROOM | BOX | V/D | Description of Item | Where Found (Detailed Location) | Initials Located by | Miscellaneous Info Comments / Notations |
|---|---|---|---|---|---|---|---|
| 1 | A | | | SIX CONTAINERS OF MARIJUANA | TABLE DRAWER LIVING ROOM | JB | |
| 2 | G | | | 29 ROUNDS OF 556mm AMMO | IN DTI RIFLE ROUND | MPB | |
| 3 | G | | | #2 5.56 RIFLE MAGAZINES | IN ALLEN GUN CASE ROOM 6 | JMM | AJ |
| 4 | G | | | 3 .22 RIFLE MAGAZINES | IN BUSHMASTER CASE ROOM 6 | JB | |
| 5 | G | | | 3 RIFLE MAGAZINES-LOADED 5.56 AMMO | IN DUFFLE SOFT RIFLE CASE - ROOM 6 | JMM | AJ |
| 6 | G | | | 2 MAGAZINES o/o AMMO | ROOM 6 WARM BED | JB | |
| 7 | G | | | 1 GREEN BAG w/ AMMO | ROOM G - CLOSET NEXT GREEN AMMO BAG | JMM | AJ |
| 8 | G | | | 2 MAGAZINES w/ AMMO | ROOM G NEXT TO GREEN AMMO BAG (SMALL RIFLE CASE) | JB | |
| 9 | G | | | 3 MAGAZINES w/ammo; 20% AMMO | ROOM 6 2 JUAN - 2 JUAN (SMALL RIFLE CASE) SA PHILLIPS | JB | |
| 10 | G | | | 1 CAMO BALLISTIC VEST | CLOSET - G | NM | |
| 11 | G | | | 1 WHITE "SUPREME" VEST | CLOSET - LAST G | JB | |
| 12 | G | | | 1 BLACK VEST w/PATCHES, "CIVILIZED" | CLOSET - G | JB | |
| 13 | G | | | 1 BLACK WFAC VEST | CLOSET - G | MPB | |

**Seizing Agent Signature:** _(signature)_
Print name below signature:

**Seized from Signature:** NOT AVAILABLE
Print name below signature:

# EVIDENCE RECOVERY LOG

**Case ID:** 266F-CS- 8319471

**Location:** 2275 FOX SEDGE WAY
WEST CHESTER, OH 45069

**Date:**

**Case Agent:** SA PHILLIPS
**Team Leader:** SA GUTGSELL
**Seizing Agent:** SA PHILLIPS
**Log Preparer:** SA GUTGSELL

**END TIME:**

| ITEM # | ROOM | BOX / D | Description of Item | Where Found (Detailed Location) | Initials Located by | Miscellaneous Info Comments / Notations |
|---|---|---|---|---|---|---|
| 14 | G | | 1 BLACK BODY ARMOR VEST | CLOSET - G | JPhy | |
| 15 | G | | 1 BLACK LOAD BEARING VEST W/ RIFLE CARD | CLOSET - G | MG | |
| 16 | G | | 55 9mm ROUNDS IN BOXES | FLOOR NEAR CLOSET | CY | |
| 17 | G | | 1 BUSHMASTER XM-15-E2S S/N L213062 | ROOM G NEAR BED | MG | |
| 18 | G | | 1 S&W M&P-15 S/N SP36962 | ROOM G UNDER BED | MG | |
| 19 | G | | 1 ANDERSON AM-15; S/N 20074339 | ROOM G NEXT TO BED (BY WINDOW) | MG | |
| 20 | G | | 1 RADICAL FIREARMS MODEL RF-15-S S/N 20-01209 | ROOM G UNDER BED | MG | |
| 21 | G | | 1 S&W M&P-15-2; S/N DFD55496 | ROOM G UNDER BED | MG | |
| 22 | G | | 1 DTI AR-15; S/N DTI-S171917 | ROOM G ON FLOOR | MG | W/ ONE MAG |
| 23 | B | | LOOSE MARIJUANA | ROOM B - KITCHEN COUNTER | CY | |
| | | | NOTHING FURTHER | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Seizing Agent Signature:** _____
Print name below signature:

**Seized from Signature:** NOT AVAILABLE
Print name below signature:

## Attachment A

### Premises to Be Searched

**2275 Fox Sedge Way, Apartment E, West Chester, OH 45069 (residence and detached garage)** is a two story townhouse apartment, located within a larger building having address 2275 Fox Sedge Way, West Chester, OH 45069. This larger building is located to the South-East of the intersection of Foxglove Lane and Fox Sedge Way. Apartment E is located at the North-East corner of the larger building, having the address 2275 Fox Sedge Way, Apartment E, West Chester, OH 45069. Apartment E is one of (8) townhouse apartments located inside the larger building, and the front door of apartment E faces eastward overlooking a lake. The entry door to apartment E is clearly noted with a silver "E" on the front door above a knocker [See photo]. Apartment E is comprised of red brick and white siding with windows on both the first and second floors. [See photos]





2

## Attachment B

## Items to Be Seized

1. Any and all AR platform style rifles and long guns;
2. Any and all rifle parts such as triggers, stocks, aftermarket additions, etc;
3. Any and all rifle ammunition of any caliber;
4. Any and all ammunition containers or cartons;
5. Any and all rifle magazines;
6. Any and all rifle accessories, such as: slings, optical sights [close quarters combat red dots, etc], scopes, rail systems, rail mounted lights, suppressors, etc;
7. Any and all body armor;
8. Any and all documentation related to ownership of all AR platform style rifles and long guns;
9. Any and all receipts or invoices pertaining to AR platform style rifles and long guns;
10. Any photos of AR platform style rifles and long guns;
11. Any videos of John F. Johnson handling AR platform style rifles;
12. Any literature which threatens Federal, State, or Local law enforcement officers or departments.